■ In the Matter of DAVID R. SCHNELL, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [937 NYS2d 915] Present— Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed Jan. 11, 2012.)

■ In the Matter of LEON R. KOZIOL, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [937 NYS2d 915] Present—Centra, J.P., Peradotto, Lindley and Martoche, JJ. (Filed Jan. 26, 2012.)

■ In the Matter of KEVIN C. CLOR, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [937 NYS2d 915] Present—Centra, J.P., Peradotto, Lindley and Martoche, JJ. (Filed Jan. 26, 2012.)

■ In the Matter of JOSEPH G. MAKOWSKI, for Reinstatement to the Practice of Law in the State of New York. [937 NYS2d 919] Present—Smith, J.P., Centra, Carni and Lindley, JJ. (Filed Feb. 2, 2012.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON HENRY, Appellant. [938 NYS2d 495] Present—Scudder, P.J., Smith, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MITCHELL, Appellant. [938 NYS2d 495] Present—Scudder, P.J., Smith, Carni, Lindley and Gorski, JJ. (Filed Jan. 31, 2012.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELI LEWIS, Appellant. [938 NYS2d 495] Present—Scudder, P.J., Carni, Lindley, Sconiers and Martoche, JJ.